# EXHIBIT A



# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Cynthia Jones<br>Compass Group North America<br>2400 Yorkmont Rd<br>Charlotte, NC 28217-4511 |

| | |
|---|---|
| **Entity:** | Compass Group USA, Inc.<br>Entity ID Number 3289259 |
| **Entity Served:** | Compass Group USA, Inc. |
| **Title of Action:** | John Herd vs. Compass Group USA, Inc. |
| **Matter Name/ID:** | John Herd vs. Compass Group USA, Inc. (12371482) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Discrimination |
| **Court/Agency:** | Jackson County Circuit Court, MO |
| **Case/Reference No:** | 2216-CV09744 |
| **Jurisdiction Served:** | Missouri |
| **Date Served on CSC:** | 05/27/2022 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Holman Schiavone, LLC<br>816-283-8738 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com



IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JOHN M. TORRENCE | Case Number: 2216-CV09744 |
| Plaintiff/Petitioner:<br>JOHN HERD | Plaintiff's/Petitioner's Attorney/Address<br>SHAUN STALLWORTH<br>HOLMAN SCHIAVONE, LLC<br>4600 MADISON AVE STE 810<br>KANSAS CITY, MO 64112 |
| vs. | |
| Defendant/Respondent:<br>COMPASS GROUP USA, INC. | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: COMPASS GROUP USA, INC.
Alias:

RA:CSC-LAWYERS INCORP SERV CO.
**221 BOLIVAR STREET**
**JEFFERSON CITY, MO 65101**

# PRIVATE PROCESS SERVER

*COURT SEAL OF*

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

06-MAY-2022
_____
Date

_____
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with _____ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____         _____
Printed Name of Sheriff or Server             Signature of Sheriff or Server

*(Seal)*    **Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                          Date                              Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Case 4:22-cv-00417-DGK   Document 1-1   Filed 06/27/22   Page 3 of 21

# SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made. Thank you.

Circuit Court of Jackson County

6/2020

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

| | |
|---|---|
| **JOHN HERD,** | ) |
| | ) |
| **Plaintiff,** | ) **Case No.** |
| | ) |
| **v.** | ) |
| | ) |
| **COMPASS GROUP USA, INC.** | ) **JURY TRIAL DEMANDED** |
| **Serve Registered Agent:** | ) |
| **CSC-Lawyers Incorporating Service Co.** | ) |
| **221 Bolivar Street** | ) |
| **Jeffersons City, MO 65101** | ) |
| | ) |
| **Defendants.** | ) |

## PETITION FOR DAMAGES

COMES NOW John Herd ("Plaintiff"), by and through his attorneys of record, and for his petition against the above-named defendant, alleges and states as follows:

## INTRODUCTION

1.    Plaintiff, while an employee of Compass Group USA, Inc. (hereafter "Compass") was subjected to unlawful discrimination based on his age.

2.    Plaintiff, while an employee of Defendant Compass, was subjected to unlawful retaliation.

3.    Plaintiff seeks damages against Defendant.

## PARTIES

4.    Plaintiff is now, and was at all times relevant to the allegations in this petition, a male resident and citizen of the State of Missouri.

5.    Defendant is a North Carolina Corporation with its principal place of business in the state of North Carolina.

6.     At all times relevant to the allegations in this petition all employees of Defendant Compass referenced in this Petition acted directly in the interests of Defendant Compass.

## JURISDICTION AND VENUE

7.     Plaintiff's first injury occurred in Jackson County, Missouri making this Court an appropriate forum.

## FACTUAL ALLEGATIONS

8.     At all times relevant to the allegations in this petition, Plaintiff was an employee of Defendant Compass.

9.     During his employment, Plaintiff was subjected to unwelcome and offensive conduct by his supervisors.

10.     Plaintiff was an employee at Compass.

11.     Initially, Plaintiff began his employment working with Compass' predecessors, Sodexo and Aramark, at the Children's Mercy Hospital (the "Hospital") location in Kansas City, Missouri.

12.     Within the hospital's food services department, Plaintiff was a supervisor in the cafeteria's food tray line for nearly 20 years.

13.     In 2020, the food services contract at Children's Mercy changed from Sodexo to Aramark to Compass, within the course of six months.

14.     When Compass began managing the Hospital's food services, there was increased scrutiny on Plaintiff's use of overtime.

15.     In particular, Tonia Cohen, Plaintiff's manager, would routinely indicate that his labor was costing too much.

16.     On June 3, 2012, Plaintiff was scheduled to work an afternoon shift, beginning at

2

1:00pm.

17.     Plaintiff arrived shortly after 1:00pm, but within the Company's seven-minute grace period to clock-in.

18.     When Plaintiff arrived, he attempted to clock-in.

19.     Richard Walker explained to Plaintiff the time clock was not working.

20.     Consequently, Plaintiff went to the Room Service Area where he has supervised the tray line since November 1999.

21.     After going to the restroom, Plaintiff returned to the Room Service Area around 1:12pm.

22.     Later that afternoon, Ms. Cohen questioned Plaintiff regarding his arrival time.

23.     Plaintiff explained the situation to her, but her demeanor was dismissive.

24.     Plaintiff finished his shift and clocked out that evening.

25.     On July 7, 2020, Plaintiff arrived for his shift and was greeted by Ms. Cohen, indicating they needed to speak in her office with Mike O'Neil (Director of Food Services).

26.     Ms. Cohen alleged that Plaintiff committed time sheet fraud on July 3, 2020 by clocking in at 1:12pm, even though there is a seven-minute grace period and even though Plaintiff was on site working.

27.     Also, there were witnesses to attest to the fact Plaintiff was on-site.

28.     During the five weeks Plaintiff worked at the Company, he had no performance issues.

29.     Also, the company did not follow its own procedures by placing Plaintiff on a step disciplinary process for his alleged behavior.

30.     At all relevant times to the allegations in this Petition, Defendant Compass' employees were agents, servants and/or employees of Defendant; and/or were at all such times directly acting in the interests of Defendant; and/or were acting within the scope and course of their

3

agency and employment; and/or acted as proxies/alter egos of Defendant. Therefore, Defendant is liable for their actions under all theories pled therein.

31.     The conduct as set forth herein constitutes a continuing violation of the Missouri Human Rights Act.

## CONDITION PRECEDENT

32.     On December 10, 2020, Plaintiff filed a timely Charge of Discrimination with the Missouri Commission on Human Rights. *A copy of the charge is attached hereto as Exhibit A and is incorporated herein by reference.*

33.     On February 7, 2022, Plaintiff received her right-to-sue notice pursuant to the Missouri Human Rights Act. *A copy of the right to sue is attached hereto as Exhibit B and incorporated herein by reference.*

34.     This action has been timely filed with this Court, and Plaintiff has met all conditions precedent to filing this action.

## COUNT I
### MHRA-Discrimination in Violation of Mo. Rev. Stat. §213.055

35.     Plaintiff incorporates by reference the allegations in the preceding paragraphs as if set forth herein.

36.     The conduct and actions of Plaintiff's manager constituted unwelcome conduct of the basis of his age.

37.     Plaintiff was discriminated against upon the basis of his age.

38.     Plaintiff's terms, conditions, and privileges of employment were adversely altered because Defendant's employees and management classified Plaintiff on the basis of his age in such manner as to deprive Plaintiff of a work environment free from discriminatory treatment.

4

39. Plaintiff's status as an employee was adversely affected because of the discriminatory treatment he received from Defendant's employees and management.

40. Defendant's conduct has caused Plaintiff degradation, pain, anguish, anxiety and distress.

41. The conduct described herein would have detrimentally affected a reasonable person of the same age in Plaintiff's position.

42. Management level employees should have known and did know of the pervasive harassment and discrimination problems, but failed to address the problem, and further failed to implement effective and appropriate procedures to stop harassment and discrimination.

43. By failing to stop the offensive conduct when asked or when the conduct was reported, Defendant, and its management and non-management employees, exacerbated the hostile environment and discrimination in Plaintiff's workplace.

44. Defendant ratified and condoned Plaintiff's manager's conduct of Plaintiff and her conduct in the workplace.

45. The actions and conduct set forth herein were outrageous and showed an evil motive or reckless indifference or conscious disregard for the rights of Plaintiff, and therefore Plaintiff is entitled to punitive damages from Defendants, to punish Defendants and to deter Defendants and others from like conduct.

WHEREFORE, Plaintiff prays for joint and several judgment against Defendant on Count I of her petition, for a finding that she has been subjected to unlawful conduct prohibited by Mo. Rev. Stat § 213.010 *et seq;* for an award of compensatory and punitive damages; for his costs expended; for her reasonable attorneys fees; and for other and further relief the Court deems just and proper.

RESPECTFULLY SUBMITTED,

5

HOLMAN SCHIAVONE, LLC

By:     /s/ M. Shaun Stallworth
        M. Shaun Stallworth,  Mo#60764
        4600 Madison Avenue, Suite 810
        Kansas City, Missouri 64112
        TEL: (816) 283-8738
        FAX: (816) 283-8739
        sstallworth@hslawllc.com

**ATTORNEY FOR PLAINTIFF**

6

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

| | |
|---|---|
| **JOHN HERD,** | ) |
| | ) |
| **Plaintiff,** | ) **Case No.** |
| | ) |
| **v.** | ) |
| | ) |
| **COMPASS GROUP USA, INC.** | ) **JURY TRIAL DEMANDED** |
| **Serve Registered Agent:** | ) |
| **CSC-Lawyers Incorporating Service Co.** | ) |
| **221 Bolivar Street** | ) |
| **Jeffersons City, MO 65101** | ) |
| | ) |
| **Defendants.** | ) |

## REQUEST FOR ISSUANCE OF SUMMONS

To:    Clerk of the Circuit Court

The Clerk of the Circuit Court will issue a Summons in the above-entitled action for the

following:

**Compass Group USA, INC.**
Serve Registered Agent:
CSC-Lawyers Incorporating Services Co.
221 Bolivar Street
Jeffersons, MO 65101

RESPECTFULLY SUBMITTED,

HOLMAN SCHIAVONE, LLC

By:/s/ M. Shaun Stallworth
M. Shaun Stallworth, Mo#60764
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
TEL: (816) 283-8738
FAX: (816) 283-8739
sstallworth@hslawllc.com

**ATTORNEY FOR PLAINTIFF**

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

| | |
|---|---|
| JOHN HERD, | ) |
| | ) |
| Plaintiff, | ) Case No. |
| | ) |
| v. | ) |
| | ) |
| COMPASS GROUP USA, INC. | ) __JURY TRIAL DEMANDED__ |
| Serve Registered Agent: | ) |
| CSC-Lawyers Incorporating Service Co. | ) |
| 221 Bolivar Street | ) |
| Jeffersons City, MO 65101 | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER

COMES NOW Plaintiff, by and through counsel, and pursuant to Local Rule 4.9 of Jackson

County Court Rules, hereby moves for the appointment of HPS Process Service & Investigations,

Inc.:

| | | | | |
|---|---|---|---|---|
| William Acree | PPS21-0488 | | Richard J. Blea | PPS21-0251 |
| Michael Adamo | PPS21-0234 | | Kathy Broom | PPS21-0256 |
| Jan Adams | PPS21-0092 | | Douglas S. Brower | PPS21-0257 |
| Roger Adams | PPS21-0093 | | Jeff Brown | PPS21-0030 |
| Kyle A. Adcock | PPS21-0489 | | James Burke | PPS21-0105 |
| Alisha Allen | PPS21-0094 | | Alese Burris | PPS21-0106 |
| Sandra Allen | PPS21-0095 | | Randy Burrow | PPS21-0107 |
| Cheryl Anderson | PPS21-0236 | | Gary Burt | PPS21-0031 |
| Victor Aponte | PPS21-0096 | | Stephen C. Buskirk | PPS21-0259 |
| Teresa Bailly | PPS21-0097 | | Steve Butcher | PPS21-0260 |
| Raymond Bandy | PPS21-0098 | | Melvin Cahoon | PPS21-0492 |
| Joseph L. Baska | PPS21-0490 | | Danny Callahan | PPS21-0109 |
| Robert Bassler | PPS21-0242 | | Anna Canole | PPS21-0263 |
| Keith Blanchard | PPS21-0248 | | William Caputo | PPS21-0110 |
| Carrington Bell | PPS21-0025 | | Charles Casey | PPS21-0111 |
| George Bell | PPS21-0243 | | George Castillo | PPS21-0112 |
| Alexander R. Blea | PPS21-0249 | | Carolyn S. Champlin | PPS21-0264 |
| Dianna J. Blea | PPS21-0250 | | Alicia Clements | PPS21-0494 |

| | | | | |
|---|---|---|---|---|
| John A. Clor | PPS21-0266 | | Paul Gizel | PPS21-0305 |
| Kathleen Clor | PPS21-0267 | | Adam Golden | PPS21-0306 |
| Chad Compton | PPS21-0116 | | Bradley Gordon | PPS21-0038 |
| Kenneth Condrey | PPS21-0118 | | Tom Gorgone | PPS21-0139 |
| Sharon Condrey | PPS21-0119 | | Christina Gregory | PPS21-0141 |
| Kathy Cook | PPS21-0121 | | Lynne Grimes | PPS21-0308 |
| Theodore Cordasco | PPS21-0269 | | Paul Grimes | PPS21-0142 |
| George Covert | PPS21-0270 | | Charles Gunning | PPS21-0040 |
| Michael Currie | PPS21-0273 | | Leon Gustus | PPS21-0144 |
| Bryce E. Dearborn | PPS21-0274 | | David W. Hahn | PPS21-0309 |
| Jennie Deaton | PPS21-0275 | | Eric W. Hahn | PPS21-0310 |
| Robert DeLacy, Jr. | PPS21-0276 | | Stefanie A. Hahn | PPS21-0311 |
| Robert DeLacy, III | PPS21-0277 | | Darnell Hamilton | PPS21-0145 |
| Dominic Dellaporte | PPS21-0123 | | Kimberly Hamilton | PPS21-0313 |
| Ricardo Delpratt | PPS21-0124 | | Raymond A. Hamilton, III | PPS21-0314 |
| Claudia A. Dohn | PPS21-0280 | | | |
| Dale Dorning | PPS21-0127 | | Sheila Hand | PPS21-0498 |
| Cathrene Drake | PPS21-0128 | | Timothy S. Hansen | PPS21-0316 |
| Rebecca J. Dressler | PPS21-0282 | | Christy Hartline | PPS21-0146 |
| Alexander C. Duaine | PPS21-0283 | | James Harvey | PPS21-0147 |
| Daniel Eberle | PPS21-0129 | | Grace Hazell | PPS21-0321 |
| Jessica L. Ellison | PPS21-0288 | | Stephen Heitz | PPS21-0044 |
| Abel Emiru | PPS21-0130 | | Teresa Y. Hendricks | PPS21-0323 |
| Donald C. Eskra, Jr. | PPS21-0289 | | Austen Hendrickson | PPS21-0324 |
| Leticia Estrada | PPS21-0290 | | Jonathan D. Hennings | PPS21-0149 |
| Robert D. Fairbanks | PPS21-0292 | | Taylor Herren | PPS21-0150 |
| Brenna Faker | PPS21-0495 | | Michael Hibler | PPS21-0151 |
| Michael Feehan | PPS21-0496 | | James Hise | PPS21-0045 |
| William F. Ferrell | PPS21-0034 | | Gary F. Hodges | PPS21-0327 |
| Robert Finley | PPS21-0035 | | DeMarian Houston | PPS21-0330 |
| Mayra Flores | PPS21-0295 | | Martin J. Hueckel | PPS21-0152 |
| Robert Fluharty | PPS21-0298 | | Anthony Iavarone | PPS21-0154 |
| Ryan D. Fortune | PPS21-0299 | | George Illidge | PPS21-0155 |
| James Frago | PPS21-0036 | | Bobby Inman | PPS21-0499 |
| John Frago | PPS21-0037 | | Frank James | PPS21-0156 |
| Darin Freeman, Jr. | PPS21-0133 | | Matthew Jankowski | PPS21-0336 |
| Kelsey Garrett | PPS21-0302 | | Betty A. Johnson | PPS21-0157 |
| Charles Gay | PPS21-0135 | | Mike Johnson | PPS21-0047 |
| Richard Gerber | PPS21-0303 | | Randy Johnson | PPS21-0338 |
| Louis Gerrick | PPS21-0136 | | Tawanda Johnson | PPS21-0048 |
| Kurie L. Ghersini | PPS21-0304 | | Rex D. Jones | PPS21-0339 |
| Terri Gilam | PPS21-0137 | | Samuel L. Jones, Jr. | PPS21-0340 |

| | | | | |
|---|---|---|---|---|
| Kenneth J. Kearney | PPS21-0342 | | Bruce Munro | PPS21-0504 |
| Leisa L. Ketron | PPS21-0009 | | Sharon K. Murphy | PPS21-0380 |
| Jeff Kimball | PPS21-0344 | | Kelly Murski | PPS21-0182 |
| Brent Kirkhart | PPS21-0051 | | Paul Nardizzi | PPS21-0184 |
| Janice Kirkhart | PPS21-0052 | | Wendy Neff | PPS21-0505 |
| Tyler Kirkhart | PPS21-0053 | | Jeremy Nicholas | PPS21-0065 |
| Kenneth Klewicki | PPS21-0158 | | Jeffrey Nichols | PPS21-0186 |
| Wyman T. Kroft | PPS21-0159 | | Michael Noble | PPS21-0066 |
| Cody Kyser | PPS21-0161 | | Michael Nolan | PPS21-0188 |
| Andrea M. Lambros | PPS21-0349 | | Colter Norris | PPS21-0385 |
| Joann Lane | PPS21-0163 | | Dennis Norris | PPS21-0386 |
| Casey Lanford | PPS21-0350 | | Kody Norris | PPS21-0387 |
| James R. LaRiviere | PPS21-0164 | | Trinity Olson | PPS21-0189 |
| Kristie S. Lewis | PPS21-0165 | | Elizabeth Ostman | PPS21-0190 |
| John Lichtenegger | PPS21-0354 | | J.W. Padgett | PPS21-0389 |
| Bryan Liebhart | PPS21-0166 | | Craig Palmer | PPS21-0390 |
| Bert Lott | PPS21-0054 | | Cynthia Paris | PPS21-0191 |
| Ellen C. MacFarland | PPS21-0169 | | Phillip Penn | PPS21-0192 |
| Robert Maliuuk | PPS21-0359 | | John Perez | PPS21-0392 |
| Winnonna Maliuuk | PPS21-0360 | | George R. Perry | PPS21-0393 |
| Deborah Martin | PPS21-0055 | | Nathaniel Petty | PPS21-0506 |
| Michael Martin | PPS21-0056 | | Anha Pham | PPS21-0396 |
| Roger C. Martucci | PPS21-0365 | | Thai Pham | PPS21-0397 |
| Seon Mastain | PPS21-0172 | | Vincent Piazza | PPS21-0194 |
| Thomas Matthews | PPS21-0366 | | Brian Pierce | PPS21-0195 |
| Kristin Mayo | PPS21-0501 | | Timothy Pinney | PPS21-0196 |
| Michael McCann | PPS21-0173 | | Joshua Pitts | PPS21-0197 |
| Michael McMahon | PPS21-0174 | | Craig J. Podgurski, Jr. | PPS21-0399 |
| Michael Meador | PPS21-0058 | | Nancy A. Porter | PPS21-0401 |
| Jerry Melber | PPS21-0176 | | Benjamin Purser | PPS21-0198 |
| Eric Mendenhall | PPS21-0369 | | Richard J. Ramirez | PPS21-0199 |
| Jenna Mendoza | PPS21-0177 | | Christopher Reed | PPS21-0200 |
| Michael S. Miller | PPS21-0062 | | Edward R. Reed | PPS21-0405 |
| Matthew Millhollin | PPS21-0063 | | Betty Rice | PPS21-0201 |
| Christopher F. Miranda | PPS21-0372 | | Karen Rice | PPS21-0202 |
| Karina Miranda | PPS21-0373 | | Terri Richards | PPS21-0203 |
| Vivian Mitchell | PPS21-0180 | | Cheryl Richey | PPS21-0204 |
| Carla Monegain | PPS21-0377 | | Debra Rios | PPS21-0409 |
| Carlos Moreno | PPS21-0181 | | David M. Roberts | PPS21-0016 |
| Michael S. Morrison | PPS21-0378 | | Patricia J. Roberts | PPS21-0017 |
| Vadall Morrow | PPS21-0503 | | Adrienne M. Rodriguez | PPS21-0412 |
| Zachary Mueller | PPS21-0379 | | Gabriel L. Rodriguez | PPS21-0413 |

| | | | |
|---|---|---|---|
| Richard Ross | PPS21-0205 | Michelle Thomlin | PPS21-0432 |
| Edna Russell | PPS21-0078 | Gabriel E. Tranum | PPS21-0433 |
| Mark Russell, Jr. | PPS21-0206 | Clinton Turpen | PPS21-0509 |
| Brenda Schiwitz | PPS21-0079 | Paul Turpen | PPS21-0510 |
| Nathaniel Scott | PPS21-0210 | Christa Vanmeter | PPS21-0224 |
| Grant Selvey | PPS21-0211 | Harold Vantassel | PPS21-0225 |
| Raymond A. Sinclair | PPS21-0421 | Margarito Vasquey | PPS21-0435 |
| Laura Skinner | PPS21-0080 | Robert Vick, II | PPS21-0226 |
| Thomas Skinner | PPS21-0081 | Brad Votaw | PPS21-0227 |
| Jeremy Small | PPS21-0215 | Joseph T. Wachowski | PPS21-0438 |
| Anthony Spada | PPS21-0083 | Ambiko Wallace | PPS21-0228 |
| Melissa Spencer | PPS21-0423 | Vance Warren, Sr. | PPS21-0229 |
| Jamie Stallo | PPS21-0217 | Stephen R. Waters | PPS21-0440 |
| Barbara J. Steil | PPS21-0425 | Barbara A. West | PPS21-0443 |
| Randy Stone | PPS21-0219 | Derek L. Weston | PPS21-0444 |
| Sonja Stone | PPS21-0218 | Jane A. Weston | PPS21-0445 |
| Steven A. Stosur | PPS21-0426 | Pamela Wheetley | PPS21-0086 |
| Robert T. Stover | PPS21-0021 | Jonathan Wilkerson | PPS21-0449 |
| Brittney Strozier | PPS21-0221 | Gregory Willing | PPS21-0088 |
| Kimberly Swanson | PPS21-0508 | Mitchell A. Wirth | PPS21-0452 |
| Ramona R. Talvacchio | PPS21-0428 | Connie Wilson | PPS21-0089 |
| Dolores Tedesco | PPS21-0222 | Adrienne D. Yates | PPS21-0455 |
| Grant Thomas | PPS21-0431 | Orlando. G. Alvarez | PPS21-0675 |

as private process servers to serve defendant Compass Group USA, Inc. in the above captioned case. In support of said motion, Plaintiff/Petitioner states that the above-named individuals are on the Court's list of approved process servers and the information contained in their applications and affidavits on file is current and still correct.

Respectfully Submitted,

*/s/ Shaun Stallworth*
Attorney for Plaintiff

## ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER

It is hereby ordered that Petitioner/Plaintiff's Motion for Appointment of Private Process Server is sustained and the above-named individuals are hereby appointed to serve process in the above captioned matter.

DATE: _____     _____

Judge or Circuit Clerk

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

| | |
|---|---|
| JOHN HERD, | ) |
| | ) |
| Plaintiff, | ) Case No. |
| | ) |
| v. | ) |
| | ) |
| COMPASS GROUP USA, INC. | ) **JURY TRIAL DEMANDED** |
| Serve Registered Agent: | ) |
| CSC-Lawyers Incorporating Service Co. | ) |
| 221 Bolivar Street | ) |
| Jeffersons City, MO 65101 | ) |
| | ) |
| Defendants. | ) |

### MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER

COMES NOW Plaintiff, by and through counsel, and pursuant to Local Rule 4.9 of Jackson County Court Rules, hereby moves for the appointment of HPS Process Service & Investigations, Inc.:

| | | | |
|---|---|---|---|
| William Acree | PPS21-0488 | Richard J. Blea | PPS21-0251 |
| Michael Adamo | PPS21-0234 | Kathy Broom | PPS21-0256 |
| Jan Adams | PPS21-0092 | Douglas S. Brower | PPS21-0257 |
| Roger Adams | PPS21-0093 | Jeff Brown | PPS21-0030 |
| Kyle A. Adcock | PPS21-0489 | James Burke | PPS21-0105 |
| Alisha Allen | PPS21-0094 | Alese Burris | PPS21-0106 |
| Sandra Allen | PPS21-0095 | Randy Burrow | PPS21-0107 |
| Cheryl Anderson | PPS21-0236 | Gary Burt | PPS21-0031 |
| Victor Aponte | PPS21-0096 | Stephen C. Buskirk | PPS21-0259 |
| Teresa Bailly | PPS21-0097 | Steve Butcher | PPS21-0260 |
| Raymond Bandy | PPS21-0098 | Melvin Cahoon | PPS21-0492 |
| Joseph L. Baska | PPS21-0490 | Danny Callahan | PPS21-0109 |
| Robert Bassler | PPS21-0242 | Anna Canole | PPS21-0263 |
| Keith Blanchard | PPS21-0248 | William Caputo | PPS21-0110 |
| Carrington Bell | PPS21-0025 | Charles Casey | PPS21-0111 |
| George Bell | PPS21-0243 | George Castillo | PPS21-0112 |
| Alexander R. Blea | PPS21-0249 | Carolyn S. Champlin | PPS21-0264 |
| Dianna J. Blea | PPS21-0250 | Alicia Clements | PPS21-0494 |

| | | | | |
|---|---|---|---|---|
| John A. Clor | PPS21-0266 | | Paul Gizel | PPS21-0305 |
| Kathleen Clor | PPS21-0267 | | Adam Golden | PPS21-0306 |
| Chad Compton | PPS21-0116 | | Bradley Gordon | PPS21-0038 |
| Kenneth Condrey | PPS21-0118 | | Tom Gorgone | PPS21-0139 |
| Sharon Condrey | PPS21-0119 | | Christina Gregory | PPS21-0141 |
| Kathy Cook | PPS21-0121 | | Lynne Grimes | PPS21-0308 |
| Theodore Cordasco | PPS21-0269 | | Paul Grimes | PPS21-0142 |
| George Covert | PPS21-0270 | | Charles Gunning | PPS21-0040 |
| Michael Currie | PPS21-0273 | | Leon Gustus | PPS21-0144 |
| Bryce E. Dearborn | PPS21-0274 | | David W. Hahn | PPS21-0309 |
| Jennie Deaton | PPS21-0275 | | Eric W. Hahn | PPS21-0310 |
| Robert DeLacy, Jr. | PPS21-0276 | | Stefanie A. Hahn | PPS21-0311 |
| Robert DeLacy, III | PPS21-0277 | | Darnell Hamilton | PPS21-0145 |
| Dominic Dellaporte | PPS21-0123 | | Kimberly Hamilton | PPS21-0313 |
| Ricardo Delpratt | PPS21-0124 | | Raymond A. Hamilton, III | PPS21-0314 |
| Claudia A. Dohn | PPS21-0280 | | |
| Dale Dorning | PPS21-0127 | | Sheila Hand | PPS21-0498 |
| Cathrene Drake | PPS21-0128 | | Timothy S. Hansen | PPS21-0316 |
| Rebecca J. Dressler | PPS21-0282 | | Christy Hartline | PPS21-0146 |
| Alexander C. Duaine | PPS21-0283 | | James Harvey | PPS21-0147 |
| Daniel Eberle | PPS21-0129 | | Grace Hazell | PPS21-0321 |
| Jessica L. Ellison | PPS21-0288 | | Stephen Heitz | PPS21-0044 |
| Abel Emiru | PPS21-0130 | | Teresa Y. Hendricks | PPS21-0323 |
| Donald C. Eskra, Jr. | PPS21-0289 | | Austen Hendrickson | PPS21-0324 |
| Leticia Estrada | PPS21-0290 | | Jonathan D. Hennings | PPS21-0149 |
| Robert D. Fairbanks | PPS21-0292 | | Taylor Herren | PPS21-0150 |
| Brenna Faker | PPS21-0495 | | Michael Hibler | PPS21-0151 |
| Michael Feehan | PPS21-0496 | | James Hise | PPS21-0045 |
| William F. Ferrell | PPS21-0034 | | Gary F. Hodges | PPS21-0327 |
| Robert Finley | PPS21-0035 | | DeMarian Houston | PPS21-0330 |
| Mayra Flores | PPS21-0295 | | Martin J. Hueckel | PPS21-0152 |
| Robert Fluharty | PPS21-0298 | | Anthony Iavarone | PPS21-0154 |
| Ryan D. Fortune | PPS21-0299 | | George Illidge | PPS21-0155 |
| James Frago | PPS21-0036 | | Bobby Inman | PPS21-0499 |
| John Frago | PPS21-0037 | | Frank James | PPS21-0156 |
| Darin Freeman, Jr. | PPS21-0133 | | Matthew Jankowski | PPS21-0336 |
| Kelsey Garrett | PPS21-0302 | | Betty A. Johnson | PPS21-0157 |
| Charles Gay | PPS21-0135 | | Mike Johnson | PPS21-0047 |
| Richard Gerber | PPS21-0303 | | Randy Johnson | PPS21-0338 |
| Louis Gerrick | PPS21-0136 | | Tawanda Johnson | PPS21-0048 |
| Kurie L. Ghersini | PPS21-0304 | | Rex D. Jones | PPS21-0339 |
| Terri Gilam | PPS21-0137 | | Samuel L. Jones, Jr. | PPS21-0340 |

| | | | |
|---|---|---|---|
| Kenneth J. Kearney | PPS21-0342 | Bruce Munro | PPS21-0504 |
| Leisa L. Ketron | PPS21-0009 | Sharon K. Murphy | PPS21-0380 |
| Jeff Kimball | PPS21-0344 | Kelly Murski | PPS21-0182 |
| Brent Kirkhart | PPS21-0051 | Paul Nardizzi | PPS21-0184 |
| Janice Kirkhart | PPS21-0052 | Wendy Neff | PPS21-0505 |
| Tyler Kirkhart | PPS21-0053 | Jeremy Nicholas | PPS21-0065 |
| Kenneth Klewicki | PPS21-0158 | Jeffrey Nichols | PPS21-0186 |
| Wyman T. Kroft | PPS21-0159 | Michael Noble | PPS21-0066 |
| Cody Kyser | PPS21-0161 | Michael Nolan | PPS21-0188 |
| Andrea M. Lambros | PPS21-0349 | Colter Norris | PPS21-0385 |
| Joann Lane | PPS21-0163 | Dennis Norris | PPS21-0386 |
| Casey Lanford | PPS21-0350 | Kody Norris | PPS21-0387 |
| James R. LaRiviere | PPS21-0164 | Trinity Olson | PPS21-0189 |
| Kristie S. Lewis | PPS21-0165 | Elizabeth Ostman | PPS21-0190 |
| John Lichtenegger | PPS21-0354 | J.W. Padgett | PPS21-0389 |
| Bryan Liebhart | PPS21-0166 | Craig Palmer | PPS21-0390 |
| Bert Lott | PPS21-0054 | Cynthia Paris | PPS21-0191 |
| Ellen C. MacFarland | PPS21-0169 | Phillip Penn | PPS21-0192 |
| Robert Maliuuk | PPS21-0359 | John Perez | PPS21-0392 |
| Winnonna Maliuuk | PPS21-0360 | George R. Perry | PPS21-0393 |
| Deborah Martin | PPS21-0055 | Nathaniel Petty | PPS21-0506 |
| Michael Martin | PPS21-0056 | Anha Pham | PPS21-0396 |
| Roger C. Martucci | PPS21-0365 | Thai Pham | PPS21-0397 |
| Seon Mastain | PPS21-0172 | Vincent Piazza | PPS21-0194 |
| Thomas Matthews | PPS21-0366 | Brian Pierce | PPS21-0195 |
| Kristin Mayo | PPS21-0501 | Timothy Pinney | PPS21-0196 |
| Michael McCann | PPS21-0173 | Joshua Pitts | PPS21-0197 |
| Michael McMahon | PPS21-0174 | Craig J. Podgurski, Jr. | PPS21-0399 |
| Michael Meador | PPS21-0058 | Nancy A. Porter | PPS21-0401 |
| Jerry Melber | PPS21-0176 | Benjamin Purser | PPS21-0198 |
| Eric Mendenhall | PPS21-0369 | Richard J. Ramirez | PPS21-0199 |
| Jenna Mendoza | PPS21-0177 | Christopher Reed | PPS21-0200 |
| Michael S. Miller | PPS21-0062 | Edward R. Reed | PPS21-0405 |
| Matthew Millhollin | PPS21-0063 | Betty Rice | PPS21-0201 |
| Christopher F. Miranda | PPS21-0372 | Karen Rice | PPS21-0202 |
| Karina Miranda | PPS21-0373 | Terri Richards | PPS21-0203 |
| Vivian Mitchell | PPS21-0180 | Cheryl Richey | PPS21-0204 |
| Carla Monegain | PPS21-0377 | Debra Rios | PPS21-0409 |
| Carlos Moreno | PPS21-0181 | David M. Roberts | PPS21-0016 |
| Michael S. Morrison | PPS21-0378 | Patricia J. Roberts | PPS21-0017 |
| Vadall Morrow | PPS21-0503 | Adrienne M. Rodriguez | PPS21-0412 |
| Zachary Mueller | PPS21-0379 | Gabriel L. Rodriguez | PPS21-0413 |

| | | | | |
|---|---|---|---|---|
| Richard Ross | PPS21-0205 | | Michelle Thomlin | PPS21-0432 |
| Edna Russell | PPS21-0078 | | Gabriel E. Tranum | PPS21-0433 |
| Mark Russell, Jr. | PPS21-0206 | | Clinton Turpen | PPS21-0509 |
| Brenda Schiwitz | PPS21-0079 | | Paul Turpen | PPS21-0510 |
| Nathaniel Scott | PPS21-0210 | | Christa Vanmeter | PPS21-0224 |
| Grant Selvey | PPS21-0211 | | Harold Vantassel | PPS21-0225 |
| Raymond A. Sinclair | PPS21-0421 | | Margarito Vasquey | PPS21-0435 |
| Laura Skinner | PPS21-0080 | | Robert Vick, II | PPS21-0226 |
| Thomas Skinner | PPS21-0081 | | Brad Votaw | PPS21-0227 |
| Jeremy Small | PPS21-0215 | | Joseph T. Wachowski | PPS21-0438 |
| Anthony Spada | PPS21-0083 | | Ambiko Wallace | PPS21-0228 |
| Melissa Spencer | PPS21-0423 | | Vance Warren, Sr. | PPS21-0229 |
| Jamie Stallo | PPS21-0217 | | Stephen R. Waters | PPS21-0440 |
| Barbara J. Steil | PPS21-0425 | | Barbara A. West | PPS21-0443 |
| Randy Stone | PPS21-0219 | | Derek L. Weston | PPS21-0444 |
| Sonja Stone | PPS21-0218 | | Jane A. Weston | PPS21-0445 |
| Steven A. Stosur | PPS21-0426 | | Pamela Wheetley | PPS21-0086 |
| Robert T. Stover | PPS21-0021 | | Jonathan Wilkerson | PPS21-0449 |
| Brittney Strozier | PPS21-0221 | | Gregory Willing | PPS21-0088 |
| Kimberly Swanson | PPS21-0508 | | Mitchell A. Wirth | PPS21-0452 |
| Ramona R. Talvacchio | PPS21-0428 | | Connie Wilson | PPS21-0089 |
| Dolores Tedesco | PPS21-0222 | | Adrienne D. Yates | PPS21-0455 |
| Grant Thomas | PPS21-0431 | | Orlando. G. Alvarez | PPS21-0675 |

as private process servers to serve defendant Compass Group USA, Inc. in the above captioned case. In support of said motion, Plaintiff/Petitioner states that the above-named individuals are on the Court's list of approved process servers and the information contained in their applications and affidavits on file is current and still correct.

Respectfully Submitted,

*/s/ Shaun Stallworth*
Attorney for Plaintiff

## ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER

It is hereby ordered that Petitioner/Plaintiff's Motion for Appointment of Private Process Server is sustained and the above-named individuals are hereby appointed to serve process in the above captioned matter.

DATE: _____06-May-2022_____

*Jennifer Brookshire*
DEPUTY COURT ADMINISTRATOR

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

**JOHN HERD,**

                  **PLAINTIFF(S),**              **CASE NO. 2216-CV09744**

**VS.**                                       **DIVISION 14**

**COMPASS GROUP USA, INC.,**

                  **DEFENDANT(S).**

## NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE AND ORDER FOR MEDIATION

---

NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable **JOHN M. TORRENCE** on **24-AUG-2022** in **DIVISION 14** at **09:00 AM**. All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting. Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file. All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

      A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2. The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS. Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

      At the Case Management Conference, counsel should be prepared to address at least the following:

      a.      A trial setting;

      b.      Expert Witness Disclosure Cutoff Date;

      c.      A schedule for the orderly preparation of the case for trial;

      d.      Any issues which require input or action by the Court;

      e.      The status of settlement negotiations.

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.

/S/ **JOHN M. TORRENCE**
JOHN M. TORRENCE, **Circuit Judge**

Certificate of Service

This is to certify that a copy of the foregoing was mailed postage pre-paid or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
SHAUN STALLWORTH, HOLMAN SCHIAVONE, LLC, 4600 MADISON AVE STE 810, KANSAS CITY, MO 64112

Defendant(s):
COMPASS GROUP USA, INC.

Dated: 06-MAY-2022

MARY A. MARQUEZ
Court Administrator